# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Running Horse, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Rodenbough Trucking & Excavating, Inc.; Jessie Rodenough; Matthew Rodenbough; Christine Boulter; and Unleashed Performance Labs, Inc., | ) ) ) ) | Case No. 1:16-cv-035 |
| | ) | |
| Defendants. | ) | |

On June 20 and July 15, 2016, plaintiff filed motions requesting leave of court to conduct discovery prior to the Rule 26 scheduling conference. The court held a scheduling conference in this case on August 3, 2016. Consequently, plaintiff's motions (Docket Nos. 38 and 53) are deemed **MOOT**.

**IT IS SO ORDERED.**

Date dated this 3rd day of August, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court