# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Running Horse, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Rodenbough Trucking & Excavating, Inc.; Jessie Rodenbough; Matthew Rodenbough; Christine Boulter; and Unleashed Performance Labs, Inc., Jim Boulter, | ) Case No.: 1:16-cv-35 |
| Defendants, | ) |
| Rodenbough Trucking & Excavating, Inc.; Jessie Rodenbough; Matthew Rodenbough; and Unleashed Performance Labs, Inc., | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| Tesha Fredericks; Joshua P. Jacobson; Paul Fredericks, Jr., and Payden Sorenson, | ) |
| Third-Party Defendants. | ) |

On August 8, 2017, the court entered an order directing Rodenbough Trucking & Excavating, Inc. ("RTE") and Unleashed Performance Labs, Inc. ("UPL") to respond to the Motion to Compel (Doc. No. 146) filed by Third-Party Defendant Tesha Fredericks. (Doc. No. 184). The court entered this order prior to receiving information that Jessie Rodenbough and Matthew Rodenbough, who have ownership interests in UPL and RTE to some extent, have filed for Chapter 7 bankruptcy in Idaho. (Doc. No. 185). In light of this development, and the Order to Show Cause filed contemporaneously herewith, the court **VACATES** its Order (Doc. No. 184). UPL and RTE are not required to file a reply to the Motion to Compel within thirty (30) days as previously directed.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2017.

>　　　　　　　　　　　　　　　*/s/  Charles S. Miller, Jr.*
>　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
>　　　　　　　　　　　　　　　United States District Court