# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Running Horse, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) ) | **ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| v. | ) ) | |
| Rodenbough Trucking & Excavating, Inc., et. al., | ) ) ) | Case No. 1:16-cv-035 |
| Defendants. | ) | |

**IT IS ORDERED:**

The undersigned shall conduct a settlement conference with the parties through a series of telephone conference calls. The undersigned shall initiate the conference with a call to plaintiff on November 27, 2017, at 1:30 p.m. CST. Thereafter, the undersigned shall follow up with defendants.

Prior to November 27, 2017, the parties shall email contact information for the individuals who will be participating in the respective conference calls to the undersigned at ndd_J-Miller@ndd.uscourts.gov.

Dated this 17th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge