# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Running Horse, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Rodenbough Trucking & Excavating, Inc., | ) | |
| et al., | ) | |
| | ) | Case No. 1-16-cv-35 |
| Defendants. | ) | |

Before the court is a motion for attorneys Alan Johnston, Paul D. Ziel, and Belinda Tanner to appear *pro hac vice* on Defendants Christine Boulter, Jim Boulter, and Unleashed Performance Labs, Inc.'s behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), these attorneys has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. These attorneys has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 203) is **GRANTED**. Attorneys Johnston,[1] Ziel, and Tanner are admitted to practice before this court in the above-entitled action on behalf of the above-named defendants..

**IT IS SO ORDERED.**

Dated this 13th day of December, 2017.

                                         */s/ Charles S. Miller, Jr.*
                                         Charles S. Miller, Jr.
                                         United States Magistrate Judge

---

[1] Attorney Johnston has not yet submitted the requisite affidavit for admission. His admission shall become effective upon the court's receipt of such affidavit.