# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Running Horse, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| Rodenbough Trucking & Excavation, Inc., et. al., | ) ) ) | Case No. 1:16-cv-035 |
| Defendants. | ) ) | |

The court shall hold a status conference with the parties by telephone on June 4, 2018, at 11:00 a.m. CDT. To participate in the conference call, the parties should call the following number and enter the access code:

Tel. No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 29th day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court