# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Running Horse, LLC, | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Rodenbough Trucking & Excavating, Inc., et. al., | ) | |
| | ) | Case No. 1:16-cv-035 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on June 4, 2018. Attorney William Ferebee appeared on plaintiff's behalf. Attorney Alan Johnston appeared on behalf of Defendants Unleashed Performance Labs, Inc., Jim Boulter, and Christine Boulter. Jessie Rodenbough appeared *pro se*. Pursuant to the court's discussion with the parties, Rodenbough Trucking & Excavating, Inc., Jessie Rodenbough, and Matthew Rodenbough shall make themselves available for depositions in Bismarck, North Dakota, during the week of July 16, 2018. Additionally, they shall make equipment available for inspection by plaintiff in the Idaho Falls, Idaho, area on June 18, 2018.

**IT IS SO ORDERED.**

Dated this 5th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court